UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00307-RJC-DCK

| | |
|---|---|
| **USA,** | ) |
| | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| **SAMUEL ROBINSON,** | ) |

**THIS MATTER** is before the Court upon a motion of the defendant for early termination of his supervised release. (Doc. No. 31).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. According to the United States Probation Officer responsible for the defendant's supervision, the defendant has tested positive for illegal drug use on three separate occasions since the filing of the instant motion. Therefore, the Court does not find good cause to terminate supervised release early.

**IT IS, THEREFORE, ORDERED** that the motion, (Doc. No. 31), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: October 19, 2016

Robert J. Conrad, Jr.
United States District Judge